# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1666
Lower Tribunal No. 2023-DP-000265

_____

In the Interest of J.J.L. and K.E.B., children.

K.M.B.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

July 24, 2025

PER CURIAM.

The emergency petition for belated appeal is dismissed without prejudice to Petitioner to file a petition for writ of habeas corpus in the lower tribunal. *See A.D. v. Dep't of Child. & Fam.*, 355 So. 3d 568-69 (Fla. 1st DCA 2023) ("The proper avenue for a parent to seek relief, when claiming entitlement to a belated appeal of the termination of parental rights due to an error or omission of counsel, is to file a

petition for writ of habeas corpus in the trial court." (citing *In the Int. of E.H.*, 609 So. 2d 1289 (Fla. 1992))).

DISMISSED.

TRAVER, C.J., and STARGEL and NARDELLA, JJ., concur.

Leslie A. Lasseigne, of Lasseigne & Ladner, P.A., Haines City, for Petitioner.

No Appearance for Respondent.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED